**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Barry A. Bolt<br>April Michelle Hipkins<br>aka April Bolt<br>aka April Hipkins-Bolt<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 18-17544 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PennyMac Loan Services, LLC and index same on the master mailing list.

                                    Respectfully submitted,
                                    **/s/ Rebecca A. Solarz, Esq**
                                    Rebecca A Solarz, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322