UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

BARRY A  BOLT
APRIL MICHELLE  HIPKINS
                                                    : Bankruptcy No. 18-17544JKF
            Debtor(s)                               : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: June 6, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

STANLEY E LUONGO JR ESQ
213-215 WEST MINER ST
WEST CHESTER PA 19382-

BARRY A  BOLT
APRIL MICHELLE  HIPKINS
479 KIRKS MILL ROAD
LINCOLN UNIVERSITY, PA 19352