United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-17544-jkf
Barry A. Bolt                                                           Chapter 13
April Michelle Hipkins
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: SaraR              Page 1 of 2              Date Rcvd: Jun 06, 2019
                                Form ID: pdf900          Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2019.
```
db/jdb        +Barry A. Bolt,    April Michelle Hipkins,    479 Kirks Mill Road,
                Lincoln University, PA 19352-1006
cr            +Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                Arlington, TX 76096-3853
14241057     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,    Dba GM Financial,
                P.O Box 183853,    Arlington, TX 76096)
14229822      +Abigail Brunner, Esq.,    Phelan, Hallinan, Diamond & Jones, LLP,    400 Fellowship Rd.,   #100,
                Mount Laurel, NJ 08054-3437
14229823      +American Education Services,    P.O. Box 2461,   Harrisburg, PA 17105-2461
14229839     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: The Home Depot,    P.O. Box 182676,    Columbus, OH 43218)
14252037      +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
14260104       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
14229827      +Demetrios H. Tsarouhis, Esq.,    Tsarouhis Law Group, LLC,    21 S. 9th Street,
                Allentown, PA 18102-4861
14229828       District Court 15-3-05,    District Justice Scott A. Massey,    305 S. 3rd Street,
                Oxford, PA 19363-1729
14229829      +Harley Davidson Financial,    Dept. 15129,   Palatine, IL 60055-0001
14255470      +Harley-Davidson Credit Corp.,    PO Box 9013,   Addison, Texas 75001-9013
14229830      +Jennersville Regional Hospital,    c/o Medical Revenue Service,    645 Walnut Street, Suite 5,
                Gadsden, AL 35901-4173
14229831      +Keith J. Golub, Esq.,    Hayt, Hayt & Landau, LLC,    Meridian Center 1,   2 Industrial Way, West,
                Eatontown, NJ 07724-2279
14229832       Merrick Bank,   P.O. Box 66072,    Dallas, TX 75266
14309900      +PENNYMAC LOAN SERVICES, LLC,    P.O. BOX 660929,    Dallas TX 75266-0929
14253285      +PENNYMAC LOAN SERVICES, LLC,    P.O. BOX 2410,    MOORPARK CA 93020-2410
14272552      +PENNYMAC LOAN SERVICES, LLC,    c/o Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
14248557      +PENNYMAC LOAN SERVICES, LLC,    c/o JEROME B. BLANK,ESQUIRE,    1617 JFK Boulevard,
                Philadelphia, PA 19103-1821
14229836       PHEAA,   P.O. Box 1375,    Buffalo, NY 14240-1375
14260105      +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
14257193      +Pennsylvania Dept of Transportation,    Chief Counsel,    P.O. Box 8212,
                Harrisburg, PA 17105-8212
14229834      +Pennsylvania Dept. of Transportation,    Bureau of Motor Vehicles,    Collections Unit,
                14th Fl., Strawberry Square,    Harrisburg, PA 17120-0001
14229835       Penny Mac, USA,   P.O. Box 514387,    Los Angeles, CA 90051-4387
14229837       Sierra Auto Finance,    P.O. Box 204048,   Dallas, TX 75320-4048
14229838      +Snap Fitness - Oxford,    C/O First Credit Services, Inc.,    377 Hoes Lane, Suite 200,
                Piscataway, NJ 08854-4155
14315251       US Department of Education,    PO Box 16448,   Saint Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jun 07 2019 07:19:29     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 07 2019 07:19:02
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 07 2019 07:19:19     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2019 07:00:34
                PRA  Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2019 06:57:52     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14229824       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 07 2019 06:57:51
                Capital One Bank (USA), N.A.,    Bankruptcy Claims Servicer,   P.O. Box 30285,
                Salt Lake City, UT 84130-0285
14256941       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 07 2019 06:57:51     Capital One, N.A.,
                PO Box 71083,   Charlotte, NC  28272-1083
14229825      +E-mail/Text: bkr@cardworks.com Jun 07 2019 07:18:37     Carson Smithfield, LLC,   P.O. Box 9216,
                Old Bethpage, NY 11804-9016
14250347      +E-mail/Text: bankruptcy@cavps.com Jun 07 2019 07:19:17     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14229826      +E-mail/Text: bankruptcy@cavps.com Jun 07 2019 07:19:17     Cavalry SPVI, LLC,   Assignee,
                Synchrony Bank - Mattress Warehouse,    500 Summit Lake Drive, Suite 400,
                Valhalla, NY 10595-2321
14251031       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2019 06:54:37     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14251029       E-mail/Text: bkr@cardworks.com Jun 07 2019 07:18:37     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
```

```
District/off: 0313-2          User: SaraR              Page 2 of 2                   Date Rcvd: Jun 06, 2019
                              Form ID: pdf900          Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14254993        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 07 2019 07:19:09      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14237575         E-mail/PDF: cbp@onemainfinancial.com Jun 07 2019 06:57:47      ONEMAIN FINANCIAL SERVICES, INC.,
                 PO BOX 3251,    EVANSVILLE, IN 47731-3251
14261417         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2019 06:51:42
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14257477         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2019 06:51:42
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14230169        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2019 07:00:33
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14229833        +E-mail/Text: bankruptcygroup@peco-energy.com Jun 07 2019 07:18:48       Peco Energy Company,
                 Bankruptcy Group,    2301 Market Street, N3-1,   Philadelphia, PA 19103-1338
14230697        +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2019 06:57:50      Synchrony Bank,   PO Box 41021,
                 Norfolk, VA 23541-1021
14229840        +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2019 06:54:26      TJX Rewards,   P.O. Box 530948,
                 Atlanta, GA 30353-0948
                                                                                                TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14244135*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
                (address filed with court:   AmeriCredit Financial Services, Inc.,    dba GM Financial,
                 P O Box 183853,   Arlington, TX 76096)
14309471*      +PENNYMAC LOAN SERVICES, LLC,    P.O. BOX 2410,   MOORPARK CA 93020-2410
14248559*      +PENNYMAC LOAN SERVICES, LLC,    c/o JEROME B. BLANK,ESQUIRE,   1617 JFK Boulevard,
                Philadelphia, PA 19103-1821
14261895*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    PO BOX 12914,
                 Norfolk VA 23541)
14271853*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
14230698*      +Synchrony Bank,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                            TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2019 at the address(es) listed below:

```
              JEROME B. BLANK    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor Barry A. Bolt stan.luongo@luongobellwoar.com,
               nicole.werner@luongobellwoar.com
              STANLEY E. LUONGO, JR.    on behalf of Joint Debtor April Michelle Hipkins
               stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

BARRY A  BOLT
APRIL MICHELLE  HIPKINS
                                            : Bankruptcy No. 18-17544JKF
            Debtor(s)                       : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: June 6, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

STANLEY E LUONGO JR ESQ
213-215 WEST MINER ST
WEST CHESTER PA 19382-

BARRY A  BOLT
APRIL MICHELLE  HIPKINS
479 KIRKS MILL ROAD
LINCOLN UNIVERSITY, PA 19352